B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**District of South Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Southern Manufacturing Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**57-1170057** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2730 Clark Road**<br>**Boiling Springs, SC**<br>ZIP Code **29316** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Spartanburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 160944**<br>**Boiling Springs, SC**<br>ZIP Code **29316** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Southern Manufacturing Group, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____
Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                              **Page 3**

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s):<br>**Southern Manufacturing Group, LLC** |
| *(This page must be completed and filed in every case)* | |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** /s/ Randy A. Skinner
Signature of Attorney for Debtor(s)

**Randy A. Skinner 05412**
Printed Name of Attorney for Debtor(s)

**Skinner Law Firm, LLC**
Firm Name

**300 North Main Street, Suite 201**
**Greenville, SC 29601**

_____
Address

**Email: main@skinnerlawfirm.com**
**(864) 232-2007  Fax: (864) 232-8496**
Telephone Number

**February 19, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Roger Blaine Trivette
Signature of Authorized Individual

**Roger Blaine Trivette**
Printed Name of Authorized Individual

**Member Manager**
Title of Authorized Individual

**February 19, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re:   SOUTHERN MANUFACTURING GROUP, LLC          Case No. _____

Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Roger Blaine Trivette**, declare under penalty of perjury that I am the **Managing Member** of **Southern Manufacturing Group, LLC**, a South Carolina Limited Liability Company and that on **February 19, 2015** the following resolution was duly adopted by the members of this Limited Liability Company:

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United State Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Roger Blaine Trivette**, **Managing Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Roger Blaine Trivette**, **Managing Member** of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

Be It Further Resolved, that **Roger Blaine Trivette**, **Managing Member** of this Limited Liability Company, is authorized and directed to employ **Randy A. Skinner,** attorney and the law firm of **Skinner Law Firm, LLC** to represent the Limited Liability Company in such bankruptcy case.

Southern Manufacturing Group, LLC
By: Roger Blaine Trivette
Its: Managing Member

February _19_, 2015
Greenville, South Carolina

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

In re:   SOUTHERN MANUFACTURING GROUP, LLC          Case No. _____
Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Debra M. Knight**, declare under penalty of perjury that I am a **member** of **Southern Manufacturing Group, LLC**, a South Carolina Limited Liability Company and that on **February 19, 2015** the following resolution was duly adopted by the members of this Limited Liability Company:

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United State Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Roger Blaine Trivette**, the **Managing Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Roger Blaine Trivette**, the **Managing Member** of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

Be It Further Resolved, that **Roger Blaine Trivette**, the **Managing Member** of this Limited Liability Company, is authorized and directed to employ **Randy A. Skinner,** attorney and the law firm of **Skinner Law Firm, LLC** to represent the Limited Liability Company in such bankruptcy case.

Southern Manufacturing Group, LLC
By: Debra M. Knight
Its: Member

February _____, 2015
Greenville, South Carolina

## OPERATING RESOLUTION OF
## SOUTHERN MANUFACTURING GROUP, LLC

The following resolution is adopted by the written consent of all of the members, officers and directors of Southern Manufacturing Group, LLC.

The limited liability company has adopted the following resolution:

RESOLVED, that the Managing Member, Roger Blaine Trivette, is authorized to file a Petition for Relief with the United States Bankruptcy Court for the District of South Carolina under the provisions of Chapter 11 and to take all action necessary to see that said petition and schedules are promptly filed including the contracting with an attorney for legal services.

FURTHER RESOLVED, that the limited liability company authorizes the entering of an agreement with Randy A. Skinner for representation in said Chapter 11 proceeding and to pay a fee of $23,283.00 plus the filing fee for the filing of the Chapter 11 Bankruptcy Petition and representation of the Debtor at the Meeting of Creditors.

Southern Manufacturing Group, LLC
By: Debra M. Knight
Its: Member

February 19, 2015
Greenville, South Carolina

## OPERATING RESOLUTION OF
## SOUTHERN MANUFACTURING GROUP, LLC

The following resolution is adopted by the written consent of all of the members, officers and directors of Southern Manufacturing Group, LLC.

The limited liability company has adopted the following resolution:

RESOLVED, that the Managing Member, Roger Blaine Trivette, is authorized to file a Petition for Relief with the United States Bankruptcy Court for the District of South Carolina under the provisions of Chapter 11 and to take all action necessary to see that said petition and schedules are promptly filed including the contracting with an attorney for legal services.

FURTHER RESOLVED, that the limited liability company authorizes the entering of an agreement with Randy A. Skinner for representation in said Chapter 11 proceeding and to pay a fee of $23,283.00 plus the filing fee for the filing of the Chapter 11 Bankruptcy Petition and representation of the Debtor at the Meeting of Creditors.

Southern Manufacturing Group, LLC
By: Roger Blaine Trivette
Its: Managing Member

February  19  , 2015
Greenville, South Carolina

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of South Carolina

In re    **Southern Manufacturing Group, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Byars Machine Company**<br>**167 Byars**<br>**Laurens, SC 29360** | **Byars Machine Company**<br>**167 Byars**<br>**Laurens, SC 29360** | | | 5,804.26 |
| **Elliott and Painter**<br>**390 E. Henry Street, Ste. 203**<br>**Spartanburg, SC 29302** | **Elliott and Painter**<br>**390 E. Henry Street, Ste. 203**<br>**Spartanburg, SC 29302** | | | 8,000.00 |
| **Faurecia Interior Systems, Inc.**<br>**2500 Executive Hills Drive**<br>**Auburn Hills, MI 48326** | **Faurecia Interior Systems, Inc.**<br>**2500 Executive Hills Drive**<br>**Auburn Hills, MI 48326** | **Breach of Contract - Lawsuit filed** | **Contingent Unliquidated Disputed** | 945,805.06 |
| **GF Machining Solutions**<br>**560 Bond Street**<br>**Lincolnshire, IL 60069** | **GF Machining Solutions**<br>**560 Bond Street**<br>**Lincolnshire, IL 60069** | | | 3,730.14 |
| **IFM Efector**<br>**782 Springdale Drive**<br>**Exton, PA 19341** | **IFM Efector**<br>**782 Springdale Drive**<br>**Exton, PA 19341** | | | 3,474.39 |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **941 Taxes** | | 44,511.53 |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **941 Taxes** | | 44,223.85 |
| **Keyence Corporation of America**<br>**1100 NOrth Arlington Heights Road**<br>**Suite 210**<br>**Itasca, IL 60143** | **Keyence Corporation of America**<br>**1100 NOrth Arlington Heights Road**<br>**Suite 210**<br>**Itasca, IL 60143** | | | 7,000.00 |
| **Landstar Express America, Inc.**<br>**2136 12th St.**<br>**Rockford, IL 61104** | **Landstar Express America, Inc.**<br>**2136 12th St.**<br>**Rockford, IL 61104** | | | 1,818.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Southern Manufacturing Group, LLC**                     Case No. _____

_____Debtor(s)_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| McCarthy Law Firm, LLC<br>1517 Laurel Street<br>Columbia, SC 29201 | McCarthy Law Firm, LLC<br>1517 Laurel Street<br>Columbia, SC 29201 | **Legal Services** | | 3,000.00 |
| Metal Shapes and Alloys, Inc.<br>3300 N. Main Street<br>Spartanburg, SC 29303 | Metal Shapes and Alloys, Inc.<br>3300 N. Main Street<br>Spartanburg, SC 29303 | | | 12,075.46 |
| Precision Bearing & Machine, Inc.<br>139 Old Airport Road<br>Roebuck, SC 29376 | Precision Bearing & Machine, Inc.<br>139 Old Airport Road<br>Roebuck, SC 29376 | | | 9,278.80 |
| Rolled  Alloys, Inc.<br>3173 Crenshaw Parkway<br>Richburg, SC 29729 | Rolled  Alloys, Inc.<br>3173 Crenshaw Parkway<br>Richburg, SC 29729 | | | 1,880.13 |
| SC Employment Security Commission<br>1550 Gadsden Street<br>Columbia, SC 29201 | SC Employment Security Commission<br>1550 Gadsden Street<br>Columbia, SC 29201 | | | 15,000.00 |
| SC Telco Federal Credit Union<br>130 N. Town Drive<br>Spartanburg, SC 29303 | SC Telco Federal Credit Union<br>130 N. Town Drive<br>Spartanburg, SC 29303 | | | 140,000.00 |
| South Carolina Dept of Revenue<br>P.O. Box 12265<br>Columbia, SC 29211 | South Carolina Dept of Revenue<br>P.O. Box 12265<br>Columbia, SC 29211 | | | 40,000.00 |
| Spartanburg County Treasurer's Office<br>366 North Church Street, Ste. 300<br>Spartanburg, SC 29303 | Spartanburg County Treasurer's Office<br>366 North Church Street, Ste. 300<br>Spartanburg, SC 29303 | | | 35,000.00 |
| U.S. Paint Corporation<br>831 South 21st Street<br>Saint Louis, MO 63101 | U.S. Paint Corporation<br>831 South 21st Street<br>Saint Louis, MO 63101 | | | 9,470.06 |
| Watkins Brothers<br>275 Watkins Road<br>Cowpens, SC 29330 | Watkins Brothers<br>275 Watkins Road<br>Cowpens, SC 29330 | | | 7,386.59 |
| Woods Custom Fiberglass<br>301 Jordan Creek Road<br>Inman, SC 29349 | Woods Custom Fiberglass<br>301 Jordan Creek Road<br>Inman, SC 29349 | | | 4,775.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Southern Manufacturing Group, LLC**                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 19, 2015**                    Signature  **/s/ Roger Blaine Trivette**
                                                              **Roger Blaine Trivette**
                                                              **Member Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of South Carolina

In re **Southern Manufacturing Group, LLC**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **23283.00** |
| | | **($13,283.00 is to be billed at $395.00 per hour for the Attorney's time; and $150.00 per hour for the time of a paralegal/legal assistant)** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **13,283.00** |

**(To be billed at $395.00 per hour of the Attorney's time; and $150 per hour for the time of a paralegal/legal assistant).**

2. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify):    **Mr. Roger Blaine Trivette**

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Services not related to the bankruptcy case.**
      **Disputes as to claims filed by Creditors.**
      **Representation at any motion for relief from stay or negotiation of any settlement brought by the trustee or a Creditor as a result of Debtor's failure to comply with the Plan.**
      **Any court appearance or preparation of any motions or response to motions after the confirmation hearing including but not limited to amended Chapter 11 plans.**
      **Conversion from Chapter 11 to Chapter 7 or from Chapter 7 to Chapter 11.**

In re   **Southern Manufacturing Group, LLC**                                    Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**Adversary proceedings and appeals (including but not limited to Objections to Discharge, Objections to the Dischagability of any particular debt and Failing to Disclose or Withholding Assets and/or Creditors from the Court).**
**Should an Amendment be necessary to add any Creditors or make any changes to the Petition, said Amendment shall be prepared by Attorney for additional compensation of $130.00 per Creditor, asset or other disclosure.**
**Any additional services required not included in the original fee will be compensated at the rate of $395.00 per hour Attorney time, and $150.00 per hour paralegal time.**

| **CERTIFICATION** |
| --- |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>Dated: **February 19, 2015** _____     **/s/ Randy A. Skinner** _____<br>**Randy A. Skinner**<br>**Skinner Law Firm, LLC**<br>**300 North Main Street, Suite 201**<br>**Greenville, SC 29601**<br>**(864) 232-2007  Fax: (864) 232-8496**<br>**main@skinnerlawfirm.com** |

# United States Bankruptcy Court
## District of South Carolina

In re   **Southern Manufacturing Group, LLC**

                                                    ,
                              Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Debra M. Knight**<br>**971 Old Furnace Road**<br>**Boiling Springs, SC 29316** | | **50%** | **Member** |
| **Roger Blaine Trivette**<br>**1007 Old Furnace Road**<br>**Boiling Springs, SC 29316** | | **50%** | **Member Manager** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February 19, 2015**_____       Signature  **/s/ Roger Blaine Trivette**_____
                                                                **Roger Blaine Trivette**
                                                                **Member Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____  continuation sheets attached to List of Equity Security Holders

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re    **Southern Manufacturing Group, LLC**                                 Case No.
                                            _____
                                            Debtor(s)        Chapter      **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)        _____ computer diskette

(b)        _____ scannable hard copy
(number of sheets submitted _____)

(c)        __X__ electronic version filed via CM/ECF


Date:   **February 19, 2015**                        **/s/ Roger Blaine Trivette**
        _____             _____
                                                **Roger Blaine Trivette/Member Manager**
                                                Signer/Title

Date:   **February 19, 2015**                        **/s/ Randy A. Skinner**
        _____             _____
                                                Signature of Attorney
                                                **Randy A. Skinner**
                                                **Skinner Law Firm, LLC**
                                                **300 North Main Street, Suite 201**
                                                **Greenville, SC 29601**
                                                **(864) 232-2007   Fax: (864) 232-8496**
                                                Typed/Printed Name/Address/Telephone

                                                **05412**
                                                _____
                                                District Court I.D. Number

SOUTH CAROLINA DEPT OF REVENUE
P.O. BOX 12265
COLUMBIA SC 29211


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


AXIS CAPITAL, INC.
308 N. LOCUST STREET, STE. 100
GRAND ISLAND NE 68801


BETTY RUSCH ADVERTISING
2730 CLARK ROAD, BUILDING 2
BOILING SPRINGS SC 29316


BOSS BOLT AND TOOL
1062 SOUTH BATESVILLE ROAD
GREER SC 29651


BUSINESS FINANCIAL SERVICES, INC.
3301 N. UNIVERSITY DRIVE #300
POMPANO BEACH FL 33065


BYARS MACHINE COMPANY
167 BYARS
LAURENS SC 29360


CAINE & WEINER
9931 CORPORATE CAMPUS DRIVE, STE. 2200
LOUISVILLE KY 40223


CAPITAL BANK
100 N. MAIN STREET
GREENEVILLE TN 37743


CAROLINA COLOR CORPORATION
PO BOX 486
100 EAST 17TH STREET
SALISBURY NC 28145

CATHERINE F. WRENN
WOMBLE CARLYLE SANDRIDGE & RICE
PO BOX 76042
GREENVILLE SC 29603


CH CAPITAL, LLC/ CAPITAL STACK
11 BROADWAY, STE. 814
NEW YORK NY 10004


CHEVALIER MACHINERY, INC.
9925 TABOR PLACE
SANTA FE SPRINGS CA 90670


COMFAB
4930 NORTH BLACKSTOCK ROAD
SPARTANBURG SC 29303


CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703


CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE CA 91209-9071


CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE CA 91209


DEBRA M. KNIGHT
971 OLD FURNACE ROAD
BOILING SPRINGS SC 29316


DIXIE RUBBER
100 INDUSTRIAL DRIVE
GREENVILLE SC 29605


DME COMPANY, LLC
ATTENTION: CRAIG H. ALLEN
CRAIG H. ALLEN, PA
PO BOX 10854
GREENVILLE SC 29603

DOOSAN GLOBAL FINANCE
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087


ELECTRODES
11130 DOWNS ROAD
PINEVILLE NC 28134


ELLIOTT AND PAINTER
390 E. HENRY STREET, STE. 203
SPARTANBURG SC 29302


EMIL RUSCH
2730 CLARK ROAD, BUILDING 2
BOILING SPRINGS SC 29316


ENGEL
3740 BOARD ROAD
YORK PA 17406


FANUC ROBOTICS AMERICA CORPORATION
3900 W. HAMLIN ROAD
ROCHESTER MI 48309


FAURECIA INTERIOR SYSTEMS, INC.
2500 EXECUTIVE HILLS DRIVE
AUBURN HILLS MI 48326


FIRST PIEDMONT FED. SAVINGS & LOAN
1229 WEST FLOYD BAKER BLVD.
GAFFNEY SC 29341


GF MACHINING SOLUTIONS
560 BOND STREET
LINCOLNSHIRE IL 60069


H&B TOOL AND DIE
327 W. TREMONT AVENUE
FAYETTEVILLE NC 28303


IFM EFECTOR
782 SPRINGDALE DRIVE
EXTON PA 19341

INDUSTRIAL COMPRESSORS SOLUTIONS
3400 RUTHERFORD ROAD
TAYLORS SC 29687


J&J WIPING CLOTHS
604 W. SMITH ST.
GAFFNEY SC 29341


KEYENCE CORPORATION OF AMERICA
1100 NORTH ARLINGTON HEIGHTS ROAD
SUITE 210
ITASCA IL 60143


KISTERS ZIMA CORPORATION
C/O ATTORNEY J. HOLLIS INABET
HOLCOMBE BOMAR
100 DUNBAR STREET, STE. 200
SPARTANBURG SC 29306


KNIGHT CAPITAL FUNDING, LLC
9 EAST LOOCKERMAN STREET
DOVER DE 19901


LANDSTAR EXPRESS AMERICA, INC.
2136 12TH ST.
ROCKFORD IL 61104


MANFORD MACHINERY, INC.
120 PARK AVENUE
LYNDHURST NJ 07071


MARVIN'S GARBAGE SERVICE, INC.
111 FINE ROAD
SPARTANBURG SC 29303


MCCARTHY LAW FIRM, LLC
1517 LAUREL STREET
COLUMBIA SC 29201


MERCHANT FUNDING HOLDINGS, INC,.
9458 COLLINS AVENUE
MIAMI BEACH FL 33154

METAL SHAPES AND ALLOYS, INC.
3300 N. MAIN STREET
SPARTANBURG SC 29303


PALMETTO PLATING COMPANY, INC.
510 SACO LOWELL ROAD
EASLEY SC 29640


PEARL CAPITAL RIVIS VENTURES
315 FLATBUSH AVENUE, STE. 502
BROOKLYN NY 11217


PIONEER METAL FINSISHING
254 HENDERSON ST.
GAFFNEY SC 29341


PLATINUM RAPID FUNDING GROUP, LTD
348 RXR PLAZA
UNIONDALE NY 11556


PRECISION BEARING & MACHINE, INC.
139 OLD AIRPORT ROAD
ROEBUCK SC 29376


PRIME PRODUCTS, INC.
2730 CLARK ROAD, BUILDING 2
BOILING SPRINGS SC 29316


ROBERT W. HARRISON
309 SHADOW RIDGE CIRCLE
SIMPSONVILLE SC 29681


ROGER BLAINE TRIVETTE
1007 OLD FURNACE ROAD
BOILING SPRINGS SC 29316


ROLLED  ALLOYS, INC.
3173 CRENSHAW PARKWAY
RICHBURG SC 29729


SC EMPLOYMENT SECURITY COMMISSION
1550 GADSDEN STREET
COLUMBIA SC 29201

SC TELCO FEDERAL CREDIT UNION
130 N. TOWN DRIVE
SPARTANBURG SC 29303


SHUMAN PLASTICS, INC.
35 NEOGA STREET
DEPEW NY 14043


SMALL BUSINESS TERM LOANS, INC.
3301 N. UNIVERSITY DRIVE #300
POMPANO BEACH FL 33065


SOUTHEASTERN POWDER & OXIDE, LLC
2730 CLARK ROAD, BUILDING 2
BOILING SPRINGS SC 29316


SOUTHERN LAND MANAGEMENT
2730 CLARK ROAD
BOILING SPRINGS SC 29316


SOUTHERN LAND MANAGEMENT, LLC
2730 CLARK ROAD
BOILING SPRINGS SC 29316


SOUTHERN MACHINE & ASSEMBLY, LLC
966 OLD FURNACE ROAD
BOILING SPRINGS SC 29316


SPARTAN OFFICE SOLUTIONS
184 BRYANT ROAD
SPARTANBURG SC 29303


SPARTANBURG COUNTY TREASURER'S OFFICE
366 NORTH CHURCH STREET, STE. 300
SPARTANBURG SC 29303


THE HARTFORD
ONE HARTFORD PLAZA
HARTFORD CT 06155


THE MAGNOLIA TRUST
252 BLUE HORSE LANE
COLUMBUS NC 28722

U.S. PAINT CORPORATION
831 SOUTH 21ST STREET
SAINT LOUIS MO 63101


ULINE
1770 SATELLITE BOULEVARD
BUFORD GA 30518


UNIVERSAL BLACK OXIDE, INC.
205 OXFORD STREET
GASTONIA NC 28054


VCE ENTERPRISES
PO BOX 83
ROCKLAND MA 02370


WATKINS BROTHERS
275 WATKINS ROAD
COWPENS SC 29330


WELDOR'S SUPPLY HOUSE, INC.
7220 ASHEVILLE HIGHWAY
SPARTANBURG SC 29303


WEST COAST LIFE INSURANCE
201 WEST MCBEE AVENUE, STE. 400
GREENVILLE SC 29602


WESTBROOK MCGRATH BRIDGES ORTH & BRAY
2810 PREMIERE PARKWAY
DULUTH GA 30097


WOODS CUSTOM FIBERGLASS
301 JORDAN CREEK ROAD
INMAN SC 29349


YARDE METALS
439 CHIMNEY ROCK ROAD
GREENSBORO NC 27410

# United States Bankruptcy Court
### District of South Carolina

In re   **Southern Manufacturing Group, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Southern Manufacturing Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Debra M. Knight**
**971 Old Furnace Road**
**Boiling Springs, SC 29316**

**Roger Blaine Trivette**
**1007 Old Furnace Road**
**Boiling Springs, SC 29316**

☐ None [*Check if applicable*]

**February 19, 2015**

Date

**/s/ Randy A. Skinner**

**Randy A. Skinner**

Signature of Attorney or Litigant

Counsel for   **Southern Manufacturing Group, LLC**

**Skinner Law Firm, LLC**
**300 North Main Street, Suite 201**
**Greenville, SC 29601**
**(864) 232-2007 Fax:(864) 232-8496**
**main@skinnerlawfirm.com**